UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OLIN DALE HULSEY,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>PRISONS, et al.,<br><br>    Defendants. | Civil Action No.<br>20-11078-FDS |

## ORDER

**SAYLOR, C.J.**

On September 21, 2020, the Court advised plaintiff that if he wished to proceed with this litigation, an amended complaint must be filed. Docket No. 15. On November 10, 2020, Hulsey was granted until December 2, 2020 to file an amended complaint pursuant to the Court's September 21, 2020 Memorandum and Order. Docket No. 19.

Because plaintiff failed to file an amended complaint by this deadline, this action is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

**So Ordered.**

Dated: December 11, 2020

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court